# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 1:20-cv-02237-BR |
| Plaintiff, | |
| v. | **FINAL JUDGMENT OF FORFEITURE AS TO $20,047 IN UNITED STATES CURRENCY AND CERTIFICATE OF REASONABLE CAUSE** |
| **$200,470.00 U.S. CURRENCY,** *in rem*, | |
| Defendant. | |

Based upon this Court's Order of Default entered May 10, 2021, and on the Settlement Agreement between the United States and Matthew Patterson filed on September 1, 2021,

IT IS ORDERED AND ADJUDGED that based upon the records and files in this action, this Court has subject matter jurisdiction, and $20,047.00, *in rem*, is condemned and forfeited to the United States of America, free and clear of the claims of any and all persons claiming any right, title or interest in or to this defendant, including Matthew Patterson. The United States is directed to immediately transfer the custody and possession of the defendant $20,047.00, representing a portion of the defendant, *in rem*, $200,470.00, to the Secretary of the Treasury for disposition in accordance with applicable statutes and regulations and provisions of this judgment.

IT IS FURTHER ORDERED that, pursuant to the Settlement Agreement filed on September 1, 2021, the United States shall return defendant $180,423.00, the remaining portion of the defendant currency, including interest as calculated by the Department of Treasury, to Matthew Patterson.

**Final Judgment of Forfeiture**                                                                                       Page 1

Pursuant to 28 U.S.C. § 2465(a)(2), this Court CERTIFIES that there was reasonable cause for the arrest of defendant $200,470.00, *in rem*, and no federal, state, county, or city official or agency involved in such arrest shall be liable to suit or judgment on account of such arrest of defendant property.

The parties will each bear their own costs and attorney's fees incurred in prosecuting and defending this action.

DATED:  **September 8, 2021**.

/s/ Anna J. Brown
_____
**HONORABLE ANNA J. BROWN**
United States Senior District Judge

Respectfully submitted,

SCOTT E. ASPHAUG
Acting United States Attorney

*s/ Judith R. Harper*
**JUDITH R. HARPER**
Assistant United States Attorney